UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14090-CIV-GRAHAM
MAGISTRATE JUDGE P.A. WHITE

KEVIS MCCRAY,                     :

    Petitioner,               :
                                          REPORT RECOMMENDING DENIAL OF
v.                                :    CERTIFICATE OF APPEALABILITY
                                              STATE HABEAS CORPUS
WALTER MCNEIL,                    :

    Respondent.               :
_____

    This Cause is before the Court upon the petitioner's notice of appeal (DE#23) and his motion for certificate of appealability (DE#24) filed on August 21, 2008, pursuant to 28 U.S.C. §2253 and Fed.R.App.P. 22(b), both as amended April 24, 1996.  This motion has been referred to the undersigned for consideration and report. Transcripts in this case have been filed with the Eleventh Circuit Court of Appeals, Case No. 08-15724-B.

    A certificate of appealability shall not issue unless the Court rules that upon one or more specific issues the petitioner has made a substantial showing of the denial of a constitutional right.

    To merit a certificate of appealability, the appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issue he seeks to raise.  See 28 U.S.C. §2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

After reevaluation of the claims, if the Court grants such a certificate it must state which specific issue or issues satisfy the requirement that the applicant has made a substantial showing of the denial of a constitutional right.  28 U.S.C. §2253(c)(2) and (3).  Review of the file in this case reveals that no such showing has been made.

It is therefore recommended that the Court deny the motion for certificate of appealability.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 22nd day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Kevis McCray, Pro Se
      #888039
      Washington CI
      Address of Record

      Appeals Section
      United States District Court