UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 07-14090-CIV-GRAHAM

KEVIS MCCRAY

    Petitioner,

vs.

WALTER MCNEIL,

    Respondent.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Petitioner's Notice of Appeal [D.E.s 23 and 24] construed as a motion for a certificate of appealability .

The Petitioner's motion for a certificate of appealability was referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 26]. Judge White has issued a Report and Recommendation [D.E. 28], recommending denial of the certificate of appealability. Petitioner thereafter filed objections to the Magistrate Judge's Report [D.E. 30].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Petitioner's objections to the Magistrate Judge's recommendation against a certificate of appealability are without merit. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E.s 28] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety.  It is further

**ORDERED AND ADJUDGED** that the Notice of Appeal [D.E.s 23 and 24], construed as a motion for a certificate of appealability, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of November, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Patrick A. White
     Kevis McCray, Pro Se
     Counsel of Record